UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
TRANSITO GUAMAN,                                    :
:
                                    Plaintiff,      :
:
                    -against-                       :
:
COMMISSIONER OF SOCIAL SECURITY,                    :
:
                                    Defendant.      :
:
----------------------------------------------------------------X

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY  FILED           │
│ DOC #:_____          │
│ DATE FILED:___4/3/2026___       │
└────────────────────────────────┘
```

**ORDER**
25-CV-07595 (VSB) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for a report and recommendation.  The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Friday, May 15, 2026** representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: April 3, 2026
        New York, NY

KATHARINE H. PARKER
United States Magistrate Judge