**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

TRANSITO G.,

Plaintiff,

25 **CIVIL** 7595 (GRJ)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 16, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 9) is GRANTED and this case is remanded for calculation of benefits; accordingly, this case is closed.

**Dated:** New York, New York

July 20, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**